## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Edina Realty, Inc., | Civil No. 04-4371 JRT/FLN |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| TheMLSonline.com, Inc. | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective undersigned attorneys, that this matter be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with each party bearing its own costs and attorney fees.

Dated:   7/11/06

s/ Rita O'Keeffe
Susan M. Robiner (#168609)
Rita A. O'Keeffe (#306873)
**LEONARD, STREET AND DEINARD**
Professional Association
150 South Fifth Street
Suite 2300
Minneapolis, Minnesota  55402
Telephone:  (612) 335-1500
Facsimile: (612) 335-1657
**ATTORNEYS FOR PLAINTIFF
EDINA REALTY, INC.**

Dated:   7/11/06

s/ David T. Schultz
David T. Schultz (#169730)
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone:  612-672-8200
Facsimile:  612-672-8397
**ATTORNEYS FOR DEFENDANT
THEMLSONLINE.COM, INC.**

3475238.1