**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Edina Realty, Inc., | Civil No. 04-4371 JRT/FLN |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| TheMLSonline.com, Inc. | |
| Defendant. | |

---

Rita A. O'Keeffe and Susan M. Robiner, **LEONARD STREET AND DEINARD, PA**, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, for plaintiff.

Courtney M. Rogers Reid and Mark J. Girourard, **HALLELAND LEWIS NILAN & JOHNSON PA**, 220 South Sixth Street, Suite 600, Minneapolis, MN 55402, and David T. Schultz, **MASON EDELMAN BORMAN & BRAND LLP**, 3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402 for defendant.


Based upon the Stipulation of Dismissal With Prejudice signed by the parties [Docket No. 136], IT IS HEREBY ORDERED that:

The above-captioned matter is hereby dismissed with prejudice. Each party is to bear its own costs and attorneys fees.


DATED: July 13, 2006                                   _s/John R. Tunheim_____
at Minneapolis, Minnesota.                              JOHN R. TUNHEIM
                                                        United States District Judge

3481733.1